NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SERVICE REMINDER LLC,**
*Plaintiff-Appellant,*

v.

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Defendant-Appellee.*

---

2012-1139

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 10-CV-12201, Judge Denise Page Hood.

---

## ON MOTION

---

## ORDER

Service Reminder LLC moves for an extension of time to file its initial brief.

Volkswagen Group of America, Inc. recently filed a motion to dismiss Service Reminder's appeal. Accordingly, the briefing schedule is stayed pending disposition of the motion to dismiss. *See* Fed. Cir. R. 31(c).

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

MAR 0 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jean-Marc Zimmerman, Esq.
Michael J. Lennon, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK